**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA
FEDERAL PUBLIC DEFENDER

SHERRI LEE KEENE
STAFF ATTORNEY

June 30, 2008

**Crack Reduction - Status Report**

The Honorable Andre M. Davis
United States District Judge
United States District Court for the
 District of Maryland
101 West Lombard Street
Chambers 5B
Baltimore, MD 20770

Re: <u>United States v. Steven John</u>, AMD 00-00146

Dear Judge Davis:

    Please accept and docket this letter as a status report regarding Mr. John's pending pro se motion for a reduced sentence under Amendment 706 to the U.S. Sentencing Guidelines. Mr. John's projected release date is December 18, 2013.

    On May 28, 2008, this Honorable Court appointed the Office of the Federal Public Defender to preliminarily review Mr. John's case and ordered that a status report be filed within thirty days. However, at this time it appears that the United States Probation Office has not yet reviewed Mr. John's case. Therefore, undersigned counsel would like to request that this Court allow additional time to review Mr. John's case and to provide an updated status report. A proposed Order is attached. Thank you for your consideration of this matter.

                                           Sincerely,

                                           Sherri Keene

cc:    Barbara Sale, Assistant United States Attorney
       Estelle Santana, United States Probation Officer
       Steven John, #34080-037

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Nos. AMD -00-0146 |
| STEVEN EDWARD JOHN | * | |

\* \* \* \* \* \*

### ORDER

Upon review of the status report filed by the Office of the Federal Public Defender regarding the defendant's eligibility to seek a reduction in sentence under 18 U.S.C. § 3582 based on the retroactive application of Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses, it is this _____ day of July, 2008, ordered by the United States District Court for the District of Maryland that:

The Office of the Federal Public Defender for the District of Maryland shall file an updated status report regarding the defendant's eligibility to obtain relief under § 3582 and Amendment 706 within 30 days.

_____
ANDRE M. DAVIS
District Judge