OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA                                                                                    NICHOLAS J. VITEK
FEDERAL PUBLIC DEFENDER                                                                       STAFF ATTORNEY

July 31, 2008

**Crack Reduction – Status Report**

The Honorable Andre M. Davis
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  United States v. Steven John
     Case No: AMD 00-0146

Dear Judge Davis:

Please accept and docket this letter as a status report regarding Mr. John's potential eligibility for a motion for reduction in sentence based on Amendment 706 to the Federal Sentencing Guidelines (the "crack" amendment). Mr. John's projected release dates is December 18, 2013.

On May 28, 2008 this Honorable Court appointed the Office of the Federal Public Defender to preliminarily review Mr. John's case to determine if he is eligible to seek reduction in sentence. United States Probation has reviewed Mr. John's case and believes that he is ineligible for a reduction because he was determined to be a career offender.

However, such a conclusion is based on a narrow reading of 18 U.S.C. § 3582(c)(2) and goes against how Mr. John's sentence was calculated pursuant to U.S.S.G. § 1B1.1. A careful reading of 18 U.S.C. § 3582, particularly when read in light of Booker v. United States and Kimbrough v. United States does not preclude Mr. John's from seeking a reduction in sentence. To be eligible to seek a reduced sentence under section 3582, a defendant need only have been "sentenced to a term of imprisonment *based on* a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c) (emphasis added). It does **not** require that the original sentence be based **solely** on a guideline that the Commission has subsequently lowered.

In fact, the Court of Appeals for the Fourth Circuit has explicitly adopted a broad interpretation of "sentencing range" to include any sentence "so long as [its] range under the amended guideline *would be* lower than the range applied by the district court." United States v. Goines, 357 F.3d 469, 475 (4th Cir. 2003) (emphasis added). The court explicitly rejected a narrow

reading of "sentencing range" to include only sentences that are based on a range as prescribed in the guidelines. Id. at 475

Nevertheless, Counsel has preliminarily reviewed the file, but believes that additional documents would be helpful to the Court in determining Mr. John's motion for reduction. Consequently, I request additional time to gather further information and report back to the Court.

A proposed order is attached.

Sincerely yours,

Nicholas J. Vitek
Staff Attorney

Barbara Sale, AUSA
Estelle Santana, USPO
Steven John, #34080-037
Court File

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        *

       v.        *    Criminal No. AMD 00-0146

STEVEN JOHN
       *

* * * * * *

## ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this ___ day of _____, 2008, ordered by the United States District Court for the District of Maryland that:

1) Pursuant to the Order of Court dated May 28, 2008 in which the Office of the Federal Defender was appointed to conduct a preliminary review whether the defendant is eligible for relief under the retroactive application of Amendment No. 706, said appointment is hereby extended for the purpose of permitting counsel time to gather additional documents and then report back to the Court;

2) Within 60 days of the date of this Order, the Federal Public Defender shall file, a supplemental status report, including, if appropriate, a motion for reduction of sentence under 18 U.S.C. § 3582 and Amendment 706.

       _____
       The Honorable Andre M. Davis
       United States District Judge